IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00757-BNB

GARY O. ROBINSON,

    Applicant,

v.

DWIGHT FONDREN,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF TRANSFER

---

Applicant Gary O. Robinson is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Sandstone, Minnesota. Mr. Robinson initiated this action by filing *pro se* a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 25, 2008, Mr. Robinson filed an amended habeas corpus application on the proper form.

Mr. Robinson is challenging the execution of his sentence in this habeas corpus action. As noted above, Mr. Robinson is incarcerated in a federal prison located in Minnesota. Therefore, the instant action should have been filed in the United States District Court for the District of Minnesota because an application for a writ of habeas corpus pursuant to § 2241 "must be filed in the district where the prisoner is confined." *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Pursuant to 28 U.S.C. § 1631, the Court may transfer the action to any other court in which the action could have been brought if it is in the interest of justice. The

Court finds that the interests of justice would be served by transferring this action to the District of Minnesota. Accordingly, it is

ORDERED that the clerk of the Court transfer this action to the United States District Court for the District of Minnesota.

DATED at Denver, Colorado, this 30 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00757-BNB

Gary O. Robinson
Reg. No. 31919-013
FCI – Sandstone
PO Box 1000
Sandstone, MN 55072

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/7/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk